IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD L. BURDEN,**

    **Plaintiff,**

**vs.**

**CSX TRANSPORTATION, INC.,**
**a corporation,**

    **Defendant.**                                         **NO. 08-CV-04-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court as a result of a jury verdict rendered on November 10, 2010.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the jury verdict rendered on November 10, 2010, judgment is entered in favor of the plaintiff, **RICHARD L. BURDEN**, and against the defendant, **CSX TRANSPORTATION, INC., a corporation,** and damages are assessed in the amount of Ten Million Dollars ($10,000,000.00). Further, the jury found that the percentage of plaintiff's damages caused by the negligence of the plaintiff was 10% and by the defendant was 90%. Judgment, therefore, is entered in the amount of Nine Million Dollars ($9,000,000.00) plus taxable costs. This case is **DISMISSED** with prejudice in its entirety.

                                                **NANCY J. ROSENSTENGEL,**
                                                **CLERK OF COURT**

                                            **BY:**       ***/s/Sandy Pannier***
                                                                     **Deputy Clerk**

Dated: November 12, 2010

                                           David R. Herndon
                                           2010.11.12 16:07:20
                                           -06'00'
APPROVED:
              CHIEF JUDGE
              U. S. DISTRICT COURT