IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD L. BURDEN,<br><br>Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br><br>Defendant. | No. 08-cv-04-DRH |

## ORDER

**HERNDON, Chief Judge:**

Now pending is defendant's emergency motion to quash or stay writ of execution (Doc. 202). The motion is GRANTED. Defendant is given thirty days in accordance with Local Rule 7.1(c)(1) to respond to plaintiff's motion for writ of execution (Doc. 197). The writ of execution is STAYED pending further order from this Court.

**IT IS SO ORDERED.**

Signed this 25th day of August, 2011.

*/s/ David R. Herndon*

Digitally signed by David R. Herndon
Date: 2011.08.25 16:32:42 -05'00'

Chief Judge
United States District Court