IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD BURDEN,

    Plaintiff,

vs.                          No. 3:08-cv-00004-DRH-DGW

CSX TRANSPORTATION, INC.,

    Defendant.

### ORDER

Pursuant to the Stipulation to Set Aside Judgment and Dismiss Plaintiff's Cause of Action with Prejudice (Doc. 215), **IT IS HEREBY ORDERED** that the judgment entered on November 12, 2010 (Doc. 124) is hereby set aside and held for naught and this cause is dismissed with prejudice to plaintiff and without costs taxed to any party.

    **IT IS SO ORDERED.**

    Signed this 15th day of May, 2012.

Digitally signed by David R. Herndon
Date: 2012.05.15 09:34:15 -05'00'

                                       **Chief Judge**
                                       **United States District Court**